1  DENNIS M. COTA, Bar No. 127992
   CAROLYN J. FRANK, Bar No. 245479
2  JAMES D. MAYNARD, Bar No. 244844
   COTA COLE LLP
3  2261 Lava Ridge Court
   Roseville, CA  95661
4  Telephone:     (916) 780-9009
   Facsimile:     (916) 780-9050
5
   Attorneys for Defendants
6  COUNTY OF MADERA and
   MICHAEL KEITZ
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 KAREN MITCHELL and TONI LINDSEY,           Case No.  1:10-cv-01405-LJO-DLB

11          Plaintiffs,                        **STIPULATION AND ORDER RE
                                               DISCOVERY AND ADMISSION OF
12     v.                                      EVIDENCE**

13 COUNTY OF MADERA, and MICHAEL
   KEITZ,
14
            Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

{CF/00015556.}                                 STIP RE DISCOVERY & ADMISSION OF EVIDENCE

                        Case No. 1:10-cv-01405-LJO-DLB

1    IT IS HEREBY STIPULATED by and between the above-entitled parties through their

2    attorneys of record that:

3        1.    Dan Rowley will not be subject to any form of written discovery or deposition in

4    the above-entitled matter, nor will he testify at trial on behalf of any of the parties to this

5    litigation.

6        2.    Defendants will not assert the fact of Dan Rowley's investigation, his investigative

7    file or his subsequent report as a defense to any of Plaintiffs' claims, including Plaintiff's claim

8    under Government Code 12940(h).

9        Upon execution of this Stipulation Plaintiffs agree to withdraw all discovery associated

10   with Dan Rowley, including the deposition set for March 23, 2011.

11

12       IT IS SO STIPULATED.

13

14   Dated: March 21, 2011                    COTA COLE LLP

15

16                                           By: /s/ Carolyn J. Frank
                                                   Dennis M. Cota
17                                                 Carolyn J. Frank
                                                   James D. Maynard
18                                                 Attorneys for Defendants
                                                   COUNTY OF MADERA and MICHAEL
19                                                 KEITZ

20   Dated: March 22, 2011                    PENNER, BRADLEY & SIMONIAN

21

22                                           By: /s/ Peter S. Bradley
                                                   Peter S. Bradley
23                                                 Attorneys for Plaintiffs
                                                   KAREN MITCHELL and TONI
24                                                 LINDSEY

25   IT IS SO ORDERED.

26

27   Dated:   **March 28, 2011**              /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE

28

{CF/00015556.}                                        STIP RE DISCOVERY & ADMISSION OF EVIDENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28