DENNIS M. COTA, Bar No. 127992
CAROLYN J. FRANK, Bar No. 245479
JAMES D. MAYNARD, Bar No. 244844
COTA COLE LLP
2261 Lava Ridge Court
Roseville, CA  95661
Telephone:    (916) 780-9009
Facsimile:     (916) 780-9050

Attorneys for Defendants
COUNTY OF MADERA and
MICHAEL KEITZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MITCHELL and TONI LINDSEY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF MADERA and MICHAEL KEITZ,<br><br>　　　　Defendants. | Case No.  1:10-cv-01405-LJO-DLB<br><br>**STIPULATION RE LIMITED EXTENSION OF NON-EXPERT DISCOVERY** |

1    IT IS HEREBY STIPULATED by and between the above-entitled parties through their
2 respective attorneys of record that:
3    1.    The Scheduling Order in the above-entitled matter dated December 2, 2010, set
4 forth that all discovery pertaining to non-experts was to be completed on or before July 1, 2011.
5 Notwithstanding the parties' diligent efforts to complete the depositions of all non-expert
6 witnesses in advance of the scheduled deadline, unanticipated schedule conflicts, vacations, and
7 health issues have necessitated rescheduling of the following depositions to dates beyond the
8 July 1, 2011 deadline.
9    2.    Depositions to be taken outside the non-expert discovery deadline should be
10 limited to the following:
11    • Karen Mitchell
12    • Ernie LiCalsi
13    • Kathy Taylor
14    • Michael Keitz
15    • Depositions of those individuals designated as Persons Most
16      Knowledgeable in response to two deposition notices served by Plaintiffs
17      on June 21, 2011
18    3.    No other non-expert discovery will be taken past July 1, 2011.  Should the
19 depositions of the above-listed individuals cause the need for discovery-related motions, the
20 August 1, 2011 deadline for filing such motions, and the August 26, 2011 deadline for hearing
21 discovery motions related to these four witnesses shall be extended to September 1, 2011 for
22 filing and September 23, 2011 for hearing.
23    4.    Nothing about the continued deposition dates herein stipulated to by the parties
24 shall affect the ability of the parties to proceed with the currently scheduled Pretrial Conference
25 on November 30, 2011 or the scheduled trial date of January 17, 2012.
26 ///
27 ///
28 ///

{DMC/00016477.}                                          STIP RE LTD EXT OF NON-EXPERT DISCOVERY

Case No. 1:10-cv-01405-LJO-DLB

1  IT IS SO STIPULATED.

2  Dated: June 23, 2011                    COTA COLE LLP

3
4                                           By: /s/ Dennis M. Cota
                                              Dennis M. Cota
5                                             Carolyn J. Frank
                                              James D. Maynard
6                                             Attorneys for Defendants
                                              COUNTY OF MADERA and MICHAEL
7                                             KEITZ

8  Dated: June 23, 2011                    PENNER, BRADLEY & SIMONIAN

9
10                                          By: /s/ Peter S. Bradley
                                              Peter S. Bradley
11                                            Attorneys for Plaintiffs
                                              KAREN MITCHELL and TONI
12                                            LINDSEY

13

14                                    **ORDER**

15     Based on the Stipulation set forth above, the accompanying Declaration of Dennis M.

16 Cota, and the absence of any impact on the Pretrial Conference and trial dates in this matter, good

17 cause exists for the limited extension of discovery agreed to by the parties, and therefore,

18
19
20 IT IS SO ORDERED.

21     Dated:   **June 24, 2011**                    /s/ Dennis L. Beck
22                                           UNITED STATES MAGISTRATE JUDGE