1  DENNIS M. COTA, Bar No. 127992
   CAROLYN J. FRANK, Bar No. 245479
2  COTA COLE LLP
   2261 Lava Ridge Court
3  Roseville, CA  95661
   Telephone:    (916) 780-9009
4  Facsimile:    (916) 780-9050

5  Attorneys for Defendants
   COUNTY OF MADERA and
6  MICHAEL KEITZ

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| KAREN MITCHELL and TONI LINDSEY, | Case No. 1:10-cv-01405-LJO-DLB |
|---|---|
| Plaintiffs, | **STIPULATION TO STAY PLAINTIFFS' CLAIMS PENDING APPEAL; ORDER** |
| v. | |
| COUNTY OF MADERA and MICHAEL KEITZ, | |
| Defendants. | Trial Date: January 17, 2012 |

IT IS STIPULATED by and between the parties:

1. Whereas, Defendants County of Madera and Michael Keitz filed an appeal of the District Court's denial of their Motion for Summary Judgment based on qualified immunity on October 26, 2011.

2. Whereas, the Ninth Circuit Court of Appeals has given the appeal case number 11-17582.

3. Whereas, a stay pending appeal is appropriate for the parties to the appeal, because an appeal of a motion for summary judgment based on qualified immunity automatically divests the District Court of jurisdiction.

4. Whereas, Plaintiffs request that both Plaintiffs' claims be stayed pending appeal.

5. Whereas, mediation between the parties is scheduled for November 10, 2011.

6. All parties request the trial of this matter currently scheduled for January 17, 2012, be taken off calendar, including all dates for the Pre-Trial Statements and the Pre-Trial Conference scheduled for November 30, 2011, pending final resolution of Appeal No. 11-17582.

Dated:   October 31, 2011                    PENNER, BRADLEY & SIMONIAN

                                             By:  /s/ Peter Sean Bradley
                                                  Peter Sean Bradley
                                                  Attorneys for Plaintiffs
                                                  KAREN MITCHELL and TONI
                                                  LINDSEY

Dated:   October 31, 2011                    COTA COLE LLP

                                             By:  /s/ Carolyn J. Frank
                                                  Dennis M. Cota
                                                  Carolyn J. Frank
                                                  Attorneys for Defendants
                                                  COUNTY OF MADERA and
                                                  MICHAEL KEITZ

{JEM/00017897.}                  -1-          STIPULATION RE STAY OF PLAINTIFFS' CLAIMS
                         Case No. 1:10-cv-01405-LJO-DLB

**[PROPOSED] ORDER**

Based on the foregoing Stipulation To Stay Plaintiffs' Claims Pending Appeal, this COURT:

1. STAYS all aspects of this action pending defendants' appeal or resolution of this action;

2. VACATES the November 30, 2011 pretrial conference and hearing on defendants' motion to stay and the January 17, 2011 trial;

3. ORDERS the parties, no later than February 1, 2012, to file status reports as to the appeal and related matters, and to file status reports every 120 days thereafter.

IT IS SO ORDERED.

Dated:   **November 1, 2011**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE