1  DENNIS M. COTA, Bar No. 127992
   CAROLYN J. FRANK, Bar No. 245479
2  COTA COLE LLP
   2261 Lava Ridge Court
3  Roseville, CA  95661
   Telephone:     (916) 780-9009
4  Facsimile:      (916) 780-9050

5  Attorneys for Defendants
   COUNTY OF MADERA and
6  MICHAEL KEITZ

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10 | KAREN MITCHELL and TONI LINDSEY, | Case No. 1:10-cv-01405-LJO-DLB |
|---|---|
| Plaintiffs, | **STIPULATION TO STAY PLAINTIFFS' CLAIMS PENDING APPEAL; ORDER** |
| v. | |
| COUNTY OF MADERA and MICHAEL KEITZ, | |
| Defendants. | Trial Date:  January 17, 2012 |

{JEM/00017897.}                                          STIPULATION RE STAY OF PLAINTIFFS' CLAIMS

Case No. 1:10-cv-01405-LJO-DLB

IT IS STIPULATED by and between the parties:

1. Whereas, Defendants County of Madera and Michael Keitz filed an appeal of the District Court's denial of their Motion for Summary Judgment based on qualified immunity on October 26, 2011.

2. Whereas, the Ninth Circuit Court of Appeals has given the appeal case number 11-17582.

3. Whereas, a stay pending appeal is appropriate for the parties to the appeal, because an appeal of a motion for summary judgment based on qualified immunity automatically divests the District Court of jurisdiction.

4. Whereas, Plaintiffs request that both Plaintiffs' claims be stayed pending appeal.

5. Whereas, mediation between the parties is scheduled for November 10, 2011.

6. All parties request the trial of this matter currently scheduled for January 17, 2012, be taken off calendar, including all dates for the Pre-Trial Statements and the Pre-Trial Conference scheduled for November 30, 2011, pending final resolution of Appeal No. 11-17582.

Dated:   October 31, 2011            PENNER, BRADLEY & SIMONIAN

                                      By:  /s/ Peter Sean Bradley
                                         Peter Sean Bradley
                                         Attorneys for Plaintiffs
                                         KAREN MITCHELL and TONI
                                         LINDSEY

Dated:   October 31, 2011            COTA COLE LLP

                                      By:  /s/ Carolyn J. Frank
                                         Dennis M. Cota
                                         Carolyn J. Frank
                                         Attorneys for Defendants
                                         COUNTY OF MADERA and
                                         MICHAEL KEITZ

**[PROPOSED] ORDER**

Based on the foregoing Stipulation To Stay Plaintiffs' Claims Pending Appeal, this COURT:

1. STAYS all aspects of this action pending defendants' appeal or resolution of this action;
2. VACATES the November 30, 2011 pretrial conference and hearing on defendants' motion to stay and the January 17, 2011 trial;
3. ORDERS the parties, no later than February 1, 2012, to file status reports as to the appeal and related matters, and to file status reports every 120 days thereafter.

IT IS SO ORDERED.

Dated:   **November 1, 2011**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE