1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KAREN MITCHELL, et al.,                    CASE NO. CV F 10-1405 LJO DLB

12                      Plaintiff,              **ORDER TO DISMISS AND TO CLOSE ACTION**
13            vs.                               (Doc. 68.)

14   COUNTY OF MADERA,
     et al.,
15

16                      Defendant.
                                        /

17          Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

18          1.      DISMISSES with prejudice this entire action;

19          2.      VACATES all pending matters; and

20          3.      DIRECTS the clerk to close this action.

21          IT IS SO ORDERED.

22   **Dated:      January 5, 2012**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                            1